ALAN M. MANSFIELD (S.B. # 125998)
alan@clgca.com
CONSUMER LAW GROUP OF CALIFORNIA
16870 W. Bernardo Dr., Ste. 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048
[Additional counsel identified on signature page]

Attorneys for Plaintiff Donna Armenti

GREGORY R. OXFORD (S.B. #62333)
goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:   (310) 316-1990
Facsimile:    (310) 316-1330

Attorneys for Defendant
General Motors LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA ARMENTI, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>GENERAL MOTORS LLC, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 3:16-cv-01473-JLS-KSC<br><br>**STIPULATION FOR DISMISSAL**<br><br>**[F. R. Civ. P. 41(a)(1)(A)(ii)]** |

**IT IS HEREBY STIPULATED**, by and between plaintiff Donna Armenti ("Plaintiff") and defendant General Motors LLC ("GM") that Plaintiff's individual claims asserted in the First Amended Complaint and the action may be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), but without prejudice to any possible claims by members of the uncertified putative class.  GM and plaintiff shall each bear their respective costs and attorneys fees, except as agreed.

1

Dated: December 12, 2017    CONSUMER LAW GROUP OF CALIFORNIA
ALAN M. MANSFIELD

LAW OFFICES OF JAMES R. HAIL
JAMES R. HAIL

LAW OFFICES OF ALEXANDER M. SCHACK
ALEXANDER M. SCHACK
NATASHA N. SERINO


By: *[s] Alan M. Mansfield*

Attorneys for Plaintiff Donna Armenti

Dated: December 12, 2017    ISAACS CLOUSE CROSE & OXFORD LLP
GREGORY R. OXFORD


By: *[s] Gregory R. Oxford*

Attorneys for Defendant General Motors LLC

2